AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| KELLI KATSIMBRAKIS | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 9:20-cv-80554 |
| ORTHOPEDICS, INC. | ) | |
| *Defendant(s)* | ) | |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Orthopedics, Inc.
c/o JAMES H. BARR
112 Villa Bella
Jupiter, Florida 33458

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: KREINER BURNS
950 PENINSULA CORP. CIRCLE, SUITE 3001
BOCA RATON, FLORIDA 33487

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: APRIL 1, 2020

Angela E. Noble
Clerk of Court

SUMMONS

s/ Ketly Pierre
Deputy Clerk
U.S. District Courts