UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

KELLI KATSIMBRAKIS                                  Case No.: 9:20-cv-80554-RAR

        Plaintiff,

v.

ORTHOPEDICS, INC., a Florida for profit corporation

        Defendant.
_____/

## Unopposed Motion for Extension of Time to Respond to Complaint

Defendant, Orthopedics, Inc., by and through the undersigned counsel and pursuant to FRCP 6(b), files this Unopposed Motion for Extension of Time to Respond to Complaint and states:

1. Plaintiff filed her Complaint on April 1, 2020, and it was served on Defendant on April 6, 2020.

2. The time for filing a response to the Complaint has not expired at the time of the filing of this Motion.

3. This motion is not being made for the purpose of delay but is made based upon current assignments, the disruption caused by the current stay at home orders, and the need for time to prepare a response.

Certification of Consultation

4. The undersigned hereby certifies that he spoke to Plaintiff's counsel who has does not object to the granting of this Motion.

WHEREFORE, Defendant, Orthopedics, Inc. respectfully requests a one-week extension of time to respond to Plaintiff's Complaint by or before the end of May 4, 2020.

Respectfully submitted,

*/s/ Mark L. Van Valkenburgh*
Mark L. Van Valkenburgh
**MARK L. VAN VALKENBURGH, PLLC**
Florida Bar No.: 065773
319 Raintree Court
Winter Park, FL 32789
(407) 761-6399
vanvalkenburghmark@gmail.com

**Certificate of Service**

I hereby certify that this Motion for Extension of Time is being filed this 27th day of April 2020 with the Clerk of Courts CM/ECF service which will provide a copy to all parties of record.

*/s/ Mark L. Van Valkenburgh*
Attorney